**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LAURIE ANN HURLEY,**

    **Plaintiff,**

vs.                                                                Case No. 4:15cv182-RH/CAS

**KATHY TATE-HOWARD,
and ANTHEY PALLAS,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff has filed an amended complaint, doc. 9, and a motion requesting leave to proceed in forma pauperis, doc. 10. That motion, doc. 10, should be denied as moot because Plaintiff was already granted leave to proceed in forma pauperis on April 14, 2015. Doc. 2.

Plaintiff's amended civil rights complaint filed under 42 U.S.C. § 1983 has now been reviewed. Doc. 9. It is now evident that both named Defendants are or were located in Bradford, Massachusetts. Doc. 9 at 2. It also appears that the events at issue in this case took place in Massachusetts, not in Florida where Plaintiff now resides. There is no need, however, to transfer this case to Massachusetts.

Plaintiff's case, to the degree she has provided factual allegations, is based on events which took place between 1984 and 1988.  Doc. 9 at 4-8.  These events are outside the four year statute of limitations and cannot proceed.

A federal § 1983 claim is governed by the forum state's residual personal injury statute of limitations.  Burton v. City of Belle Glade, 178 F.3d 1175, 1188 (11th Cir. 1999) (citing Owens v. Okure, 488 U.S. 235, 249-50, 109 S.Ct. 573, 102 L.Ed.2d 594 (1989); Wilson v. Garcia, 471 U.S. 261, 276, 105 S.Ct. 1938, 85 L.Ed.2d 254 (1985)).  In Florida, "a plaintiff must commence a § 1983 claim . . . within four years of the allegedly unconstitutional or otherwise illegal act."  Burton, 178 F.3d at 1188 (citing Baker v. Gulf & Western Indus., Inc., 850 F.2d 1480, 1483 (11th Cir. 1988)).  Plaintiff's claims are barred by the statute of limitations and this case must be dismissed.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for leave to proceed in forma pauperis, doc. 10, be **DENIED as moot**, and the amended complaint, doc. 9, be **DISMISSED** as bared by the statute of limitations.

**IN CHAMBERS** at Tallahassee, Florida, on September 25, 2015.


 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:15cv182-RH/CAS